ORIGINAL

1  TOWNSEND AND TOWNSEND AND CREW LLP
   TIMOTHY R. CAHN (CAL. BAR. NO. 162136)
2  Two Embarcadero Center Eighth Floor
   San Francisco, CA 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  Email: trcahn@townsend.com

5  Attorneys for TIBRA GLOBAL SERVICES PTY LTD.
   and ANDREW KING
6
7
8              UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11 IN RE:                                    CV 10-80221 MISC
                                             Miscellaneous Action No.
12 Petition Pursuant to 28 U.S.C. §1782 for an
   Order permitting TIBRA GLOBAL             [PROPOSED] ORDER GRANTING
13 SERVICES PTY LTD., an Australian          PETITIONERS TIBRA GLOBAL
   company, and ANDREW KING to take          SERVICES PTY LTD. AND ANDREW
14 discovery, pursuant to Federal Rules of Civil  KING PETITION FOR JUDICIAL
15 Procedure, of GOOGLE, INC., for use in an  ASSISTANCE.
   action pending in the FEDERAL COURT OF
16 AUSTRALIA
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to 28 U.S.C. §1782 and Federal Rules of Civil Procedure 30 and 45, and good cause appearing, IT IS HEREBY ORDERED THAT Petitioners may serve Google, Inc. with a subpoena for documents and corporate testimony, in the same or substantially the same form as that attached to the Declaration of Mr. Cahn, and that Google, Inc. shall comply with the subpoena in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.



Dated: __10/27/10_____

_____
United States ~~District~~ Judge
Magistrate

townsend.

[~~PROPOSED~~] ORDER GRANTING PETITIONERS TIBRA GLOBAL SERVICES PTY LTD. AND ANDREW KING PETITION FOR JUDICIAL ASSISTANCE.
Miscellaneous Action No.                                                                                                      1